BEFORE THE FIRST DIVISION, MARCH 23, 1964

**No. 68359.**—Verona Dyestuffs *v.* United States, protest 63/7894 (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise is a product chiefly used as an assistant in preparing or finishing textiles and is similar in all material respects to that the subject of Abstract 66022, the claim of the plaintiff was sustained.

**No. 68360.**—Starer Display Company *v.* United States, protests 63/5562 and 63/5563 (Milwaukee).

Opinion by WILSON, J.   Following *Champion Coated Paper Co.* v. *United States* (24 CCPA 83, T.D. 48411), the protests were dismissed.

BEFORE THE SECOND DIVISION, MARCH 23, 1964

**No. 68361.**—Max Mayer & Co., Inc. *v.* United States, protests 60/9789 and 60/8628 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of nylon gloves and mittens similar in use to cotton gloves and mittens and that the issues are the same in all material respects as those in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.